AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (CA SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
VICTORIA E. EDWARDS (admitted *pro hac vice*)
Email: victoria.edwards@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CABRIALES, CLAUDIA V. CABRIALES,<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 10-0161-MEJ<br>Hon. Maria-Elena James<br><br>**FIRST STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND FOR EXTENSION OF DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[Local Rule 6-1]<br><br>Complaint Filed: December 3, 2009<br>Trial Date: None |

**TO THE COURT, TO PLAINTIFFS AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

    **WHEREAS,** Defendant Aurora Loan Services LLC (**Aurora**), filed a Notice of Removal in this action on January 13, 2010;

{DN014600;3}  1  *Case No. C-10-0161-MEJ*

FIRST STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND FOR EXTENSION OF DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

1     **WHEREAS**, plaintiffs filed a motion to remand the case four days later on January 17, 2010,

2     **WHEREAS**, the parties have been in settlement negotiations since that time;

3     **WHEREAS**, in an effort to settle this matter and save the parties the time and costs in further pursuing this litigation, the parties stipulate to continue the hearing date for plaintiffs' motion to remand by two weeks, assuming the Court's calendar permits;

    **WHEREAS**, Aurora has agreed to postpone the foreclosure sale on plaintiffs' property, currently set for March 12, 2010, by two weeks;

    **NOW THEREFORE**, pursuant to Local Rule 6-1, the parties hereby stipulate and agree that the hearing on plaintiffs' motion to remand will take place on **March ~~11,~~ 18 2010**, at 10 a.m. in Courtroom B of this Court, located at 450 Golden Gate Avenue, 15th Floor, in San Francisco, California, 94102. In addition, the parties stipulate the foreclosure sale on plaintiffs' property shall not occur before **March 26, 2010**.

    **IT IS SO STIPULATED.**

Dated: February 9, 2010                              Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
      Justin D. Balser
      Victoria E. Edwards (admitted *pro hac vice*)

Attorneys for Defendant
AURORA LOAN SERVICES LLC

**ANDREW W. SHALABY**

By: */s/ Andrew W. Shalaby*
      Andrew W. Shalaby

Attorney for Plaintiffs
VICTOR AND, CLAUDIA V. CABRIALES

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Maria-Elena James]*

{DN014600;3}            2            *Case No. C-10-0161-MEJ*

**FIRST STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND FOR EXTENSION OF DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

# PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF COLORADO, CITY AND COUNTY OF DENVER

I am employed in the City and County of Denver, State of Colorado I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado.

On February 9, 2010, I served the following document(s) described as:

**FIRST STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND \ FOR EXTENSION OF DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

Andrew W. Shalaby, Esq.
Law Offices of Andrew W. Shalaby
7525 Levinson Avenue
El Cerrito, CA 94530
*Attorney for Plaintiffs*

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

- ☐ (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ (Federal)     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 9, 2010, at Denver, Colorado.

_____
Toni M. Domres

{DN014600;3}     3     *Case No. C-10-0161-MEJ*

**FIRST STIPULATION TO CONTINUE HEARING DATE ON MOTION TO REMAND AND FOR EXTENSION OF DEFENDANT AURORA LOAN SERVICES LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**